**Order entered May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01678-CR

### CHARLES RICHARD VANDIVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1256764-M**

## ORDER

The Court **DENIES** appellant's May 1, 2014 motion for supplemental reporter's record.


/s/      MICHAEL J. O'NEILL
JUSTICE